UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMMANUEL OBIAGWU,

               Plaintiff,

      -v-                                       25-CV-7640 (JMF)

ATIF CHOHAN et al.,                          ORDER

               Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 5, 2025, Plaintiff filed a Notice of Consent to a Magistrate Judge's Authority in this case. *See* ECF No. 7. Per Rule 73 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(c), unless all Defendants sign or file a Magistrate Judge Consent Form and the Court so orders the form, the case remains pending before the undersigned.

       SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                                     United States District Judge