**In the United States District court**
**Southern district of New York**

Emmanuel Obiagwu.

       Plaintiff

V.

Atif Chohan, et al,

                                        **MOTION**

                                   25-CV-7640 (JMF)

       Defendants.

## MOTION FOR ORDER TO PERMIT PLAINTIFF'S ELECTRONIC DEVICES.

Emmanuel Obiagwu, Proceeding Pro-se in the underlying matter, requests this court for an order to permit Plaintiff's electronic devices into the Southern District of New York Federal Court. Officers at the SDNY public entrance checkpoint routinely deny members of the public access to bring electronics such as cell phones, smart watches and ebooks which attorneys of the court are permitted to.

On or about September 13, 2025 the undersigned filed consent and registration to receive documents electronically in replacement of mailed hard copies and in light of this court's scheduled in-person appearance set for June 15th 2026 at 500 Pearl street New York, New York. Plaintiff respectfully asks this court for an order to permit Plaintiff's entrance into the SDNY with electronics as the lack thereof would prejudice Plaintiff as opposed to counsel for the Defense party who is permitted access with electronic devices.

Submitted by;

/s/ Emmanuel Obiagwu.
EmmanuelObiagwu@gmail.com
908-708-4090

June 08, 2026

Application DENIED. There will be no need for electronic devices, as the upcoming conference will focus solely on procedural and scheduling matters.

The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

June 12, 2026