UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

EMMANUEL OBIAGWU,                  :
                                  :

                      Plaintiff,      :

                                  :           25-CV-7640 (JMF)

        -v-                          :

                                  :               <u>ORDER</u>

ATIF CHOHAN et al.,            :

                                  :

                     Defendants.     :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record at the pretrial conference held on June 15, 2026 pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is hereby ORDERED that the deadline for all discovery in this matter, whether by interrogatories, depositions, or production of documents, is **four months from the date of this Order**.

It is further ORDERED that any motion for summary judgment must be filed and served within **30 days of the close of discovery**. If a motion is filed, any opposition must be filed and served within **30 days** of the motion being filed. Reply papers, if any, must be filed and served within **two weeks** of the opposition is filed. If defendant files a motion for summary judgment, it shall provide plaintiff with a "Notice For *Pro Se* Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2. At the time any reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre St., New York, New York.

It is further ORDERED that no later than **seven days after the close of discovery**, each party shall file a letter with the Court indicating whether the party intends to file a motion for summary judgment in the case.

It is further ORDERED that either party may request an extension of the dates for the completion of discovery or for pretrial motions, and they will be extended if the party requesting the extension demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline. If no extensions are granted, no discovery or pretrial motions will be permitted after the dates specified herein.

By separate Order to be entered today, the Court is referring this case to the assigned Magistrate Judge for settlement purposes only. The parties are directed to attend a settlement conference before **the end of fact discovery.**

It is further ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, or such other action as may be just in the circumstances.

SO ORDERED:

Dated: June 12, 2026
      New York, New York

                    JESSE M. FURMAN
                    United States District Judge