UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EMMANUEL OBIAGWU, Plaintiff, -v- ATIF CHOHAN et al., Defendants. | : | 25-CV-7640 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today, the discovery deadline is hereby extended by two months. Absent further Order of the Court, all discovery must be completed no later than **December 14, 2026**.

All other dates and deadlines remain in effect. *See* ECF No. 36. Thus, no later than **seven days after the close of discovery**, each party shall file a letter with the Court indicating whether the party intends to file a motion for summary judgment in the case. And unless and until the Court orders otherwise, any motion for summary judgment must be filed and served within **thirty days of the close of discovery**. If a motion is filed, any opposition must be filed and served within **thirty days of the motion being filed**. Reply papers, if any, must be filed and served within **two weeks of the opposition being filed**.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge