**In the United States District court**
**Southern district of New York**

Emmanuel Obiagwu.

Plaintiff

V.

Atif Chohan, et al,

Defendants

**MOTION TO COMPEL**

**25 Civ. 07640 (JMF)**

**MOTION TO COMPEL THIRD PARTY EDWAR AMEAN**

Emmanuel Obiagwu, Plaintiff who is appearing Pro-se in the underlying case brings constitutional claims involving first, fourth, fifth amendment violations among other claims against City of New York, Atif Chohan, Amanda Ebrahim, Kaisean Branche, Mohammed Khan, Andrew Yoli, Vadym Khalos, Garret Williams and Stephen G. Macomber for retaliatory arrests leading to the theft of Plaintiff's photography cart after officers failed to voucher it for safe keeping.

On February 25th 2025 after Plaintiff was arrested for allegedly playing music with amplified device while operating his business, multiple men by the names of EDWAR AMEAN and AHMED EL KHALESS approached the officers and informed them that Plaintiff was the wanted perpetrator who allegedly stole camera equipment from their competing photography business causing Plaintiff to be held on additional Felony charges. Defendant Officer Yoli informed Plaintiff while in the holding cell that Amean and El Khaless showed him video evidence of Plaintiff allegedly stealing cameras from their business. Amean and El Khaless failed to produce such evidence causing the charges against Plaintiff to be dismissed on May 30th 2025

On September 17th 2026 Subpoenas for documents pursuant to Rule 45 for Amean and El Khaless were issued with a response date set for October 10. On October 3rd 2026 Amean was served the subpoena and has since failed to respond. The undersigned left two follow up messages to Amean's place of business but was met with harassment and followed for blocks. The undersigned

witnessed Amean get served the Subpoena who then handed it to his brother before it appeared to be thrown in the garbage. (See. Plaintiff's Declaration) El Khaless has not been found and is yet to be served, he is an employee and blood relative of Edwar Amean. The Subpoena intended for Amean seeks inter alia, the address of El Khaless and without Amean's cooperation, the undersigned cannot determine the merit of the criminal claims that was brought against Plaintiff on February 25th 2025.

Plaintiff asks this court for an Order to compel EDWAR AMEAN to produce the requested documents under penalty of sanctions and other punishments this court deems appropriate.

Submitted by;

/s/ Emmanuel Obiagwu.
EmmanuelObiagwu@gmail.com
908-708-4090

November 9, 2026

Defendants shall file a response to this letter no later than November 24, 2026. Additionally, by that date, Plaintiff shall - through a third party who is over the age of 18 and not a party to this case - serve a copy of this endorsed letter on Edwar Amean and file proof of such service on ECF. Amean shall file any response to this letter no later than December 2, 2026.

SO ORDERED.

November 18, 2026